UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVELYN CONERLY,<br><br>  Plaintiff,<br><br>  v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, (AKA LM GENERAL INSURANCE COMPANY; AKA SAFECO INSURANCE COMPANY); DOES 1 through X and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-00515-GMN-EJY<br><br>**ORDER** |

Pending before the Court is the Joint Discovery Plan and Scheduling Order (ECF No. 19) seeking an initial discovery period of 270 days. This exceeds the standard set by Local Rule 26-1(b)(1). The sole basis for the 90 days extension in the initial plan is a single sentence stating the case is complex with medical specials and issues regarding Plaintiff's extra-contractual claims. These circumstances exist for virtually every personal injury case that comes before the Court. This single sentence does not provide sufficient support for the requested extension.

Accordingly, IT IS HEREBY ORDERED that the Joint Discovery Plan and Scheduling Order (ECF No. 19) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties **must**, no later than **June 20, 2023**, submit a revised proposed discovery plan and scheduling order that either sets a 180 discovery period or provides more support for the extension of discovery sought.

Dated this 12th day of June, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE