McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Chenelle L. Jackson
Nevada Bar No. 15750
  *chenelle.jackson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendants Liberty Mutual
Insurance Company. (aka LM General Insurance
Company; aka Safeco Insurance Company)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN CONERLY, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, (AKA LM GENERAL INSURANCE COMPANY; AKA SAFECO INSURANCE COMPANY); DOES I through X, and ROE CORPORATION I through X, inclusive,<br><br>         Defendants. | Case No. 2:23-cv-00515-GMN-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR LIBERTY MUTUAL TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff, EVELYN CONERLY ("Plaintiff") and Defendant, LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual") (collectively, "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for Liberty Mutual to File its Reply in Support of its Motion to Dismiss, filed on April 14, 2023 (ECF No. 6). This is the first stipulation for extension of time to file a reply in support of this pending motion.

On June 8, 2023, Plaintiff filed her Response to Liberty Mutual's Motion to Dismiss. (ECF

No. 18). Liberty Mutual's Reply in Support of its Motion to Dismiss is currently due on June 15, 2023. The Parties agree to extend the deadline for Liberty Mutual to file its Reply by one week, to **June 22, 2023**. Liberty Mutual requests this extension because additional time is needed to respond to Plaintiff's alternative Motion for Leave to File Amended Complaint that was submitted simultaneously with Plaintiff's Opposition to Defendant's Motion to Dismiss. This request is made in good faith, and not for the purpose of undue delay.

Dated:  June 13_, 2023                                                  THEONELAWYER.COM

By: /s/ Laura Payne
Laura Payne
Nevada Bar No. 4718
2831 St. Rose Parkway, Ste. 200
Henderson, NV 89052
Attorney for Plaintiff Evenlyn Conerly

Dated:  June 13, 2023                                                  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Chenelle L. Jackson
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Chenelle L. Jackson
Nevada Bar No. 15750
Attorneys for Defendants Liberty Mutual Insurance Company. (aka LM General Insurance Company; aka Safeco Insurance Company)

**IT IS SO ORDERED.**

Dated:  June _15_, 2023

STIPULATION TO EXTEND DEADLINE FOR LIBERTY MUTUAL TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2023, a true and correct copy of **STIPULATION TO EXTEND DEADLINE FOR LIBERTY MUTUAL TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Susan Kingsbury<br>
an Employee of<br>
McCORMICK, BARSTOW, SHEPPARD,<br>
WAYTE & CARRUTH LLP

9171062.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

3                                   Case No. 2:23-cv-00515-GMN-EJY
STIPULATION TO EXTEND DEADLINE FOR LIBERTY MUTUAL TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS