McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
   *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
   *cheryl.grames@mccormickbarstow.com*
Chenelle L. Jackson
Nevada Bar No. 15750
   *chenelle.jackson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for Defendants Liberty Mutual Insurance Company. (aka LM General Insurance Company; aka Safeco Insurance Company)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN CONERLY, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, (AKA LM GENERAL INSURANCE COMPANY; AKA SAFECO INSURANCE COMPANY); DOES I through X, and ROE CORPORATION I through X, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-00515-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

      IT IS HEREBY STIPULATED between the parties named above, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Re: <u>Conerly v. Liberty Mutual Insurance, et al.</u>
Case No. 2:23-cv-00515-GMN-EJY

Each party will bear their own costs and attorneys' fees.

DATED this 26th day of December, 2023

THEONELAWYER.COM

By /s/ Laura Payne
Laura Payne, Nevada Bar No. 4718
2831 St. Rose Pkwy., Suite 200
Henderson, NV 89052
Tel. 702-450-4868
Attorney for Plaintiff

DATED this 3rd day of January, 2024

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By  /s/Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Chenelle L. Jackson, Nevada Bar No. 15750
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendants

### ORDER

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

Dated this  3  day of January, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113

2

Case No. 2:23-cv-00515-GMN-EJY
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE